LOUIS A. LEONE, ESQ. (SBN 099874)
JIMMIE E. JOHNSON, ESQ. (SBN 223344)
LEONE & ALBERTS
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Tel:  (925) 974-8600
Fax:  (925) 974-8601
Attorneys for MENDOCINO COUNTY
OFFICE OF EDUCATION

Gail F. Flatt SBN 104422
Provencher & Flatt LLP
823 Sonoma Avenue
Santa Rosa, CA 95404
Telephone: (707) 284-2382
Facsimile: (707) 284-2386
gff@provlaw.com
Attorney for Plaintiff Mary Ann Lavery

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN LAVERY,<br><br>       Plaintiff,<br><br>   v.<br><br>MENDOCINO COUNTY OFFICE OF EDUCATION,<br><br>       Defendant. | Case No. 3:16-cv-06889-WHO<br><br>**JOINT STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND MOTION FOR ORDER REFERRING CASE TO MEDIATION**<br><br>Judge:  Hon. William H. Orrick<br>Trial Date:     None Set |

Pursuant to this Court's Case Management Conference Order and ADR Local Rule 6-2, Plaintiff MARY ANN LAVERY and Defendant MENDOCINO COUNTY OFFICE OF EDUCATION ("MCOE") hereby jointly request by stipulation that the Court, for good cause, (1) continue the Case Management Conference Order in the above captioned matter for 90 days, and (2) refer the matter to ADR mediation.

Exclusive of court costs and attorneys' fees, the amount in controversy is very limited in this matter.  To date, the parties have attempted in good faith to informally resolve the litigation through bilateral negotiations.  While the bilateral negotiations have

1 not resulted in an informal agreement, the parties jointly believe ADR mediation will do
2 so. Consistent with that joint belief, the parties have contemporaneously-filed a
3 Stipulation and [Proposed] Order selecting mediation as their preferred ADR process.
4     Currently, the Case Management Conference is set for February 28, 2017.  In an
5 effort to aid the negotiation and mediation process, the parties have taken efforts to limit
6 the amount of court costs and attorneys' fees spent in this matter.  Consistent with that
7 effort, the parties jointly request by stipulation that the Court continue the Case
8 Management Conference for 90 days to allow the parties to first complete their ADR
9 mediation.

DATED: February 9, 2017    LEONE & ALBERTS

By:    */s/ Jimmie E. Johnson*
    LOUIS A. LEONE
    JIMMIE E. JOHNSON
    Attorneys for MENDOCINO COUNTY
    OFFICE OF EDUCATION

DATED: February 9, 2017    PROVENCHER & FLATT LLP

By:    */s/ Gail F. Flatt*
    GAIL F. FLATT
    Attorney for MARY ANN LAVERY

**PURSUANT TO SIPULATION, IT IS SO ORDERED.**

DATED: February 15, 2017    *[signature]*
    HON. WILLIAM H. ORRICK
    Judge of the District Court