Gail F. Flatt  SBN 104422
Provencher & Flatt LLP
823 Sonoma Avenue
Santa Rosa, CA  95404
(707) 284-2380 telephone
(707) 284-2387 fax
Attorneys for Plaintiff Mary Ann Lavery

LOUIS A. LEONE, ESQ. (SBN 099874)
JIMMIE E. JOHNSON, ESQ. (SBN 223344)
LEONE & ALBERTS
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Tel:  (925) 974-8600
Fax:  (925) 974-8601
Attorneys for MENDOCINO COUNTY
OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN LAVERY,<br><br>Plaintiff,<br><br>v.<br><br>MENDOCINO COUNTY OFFICE OF EDUCATION,<br><br>Defendant. | Case No. 16-cv-06889-WHO<br><br>**JOINT STIPULATION OF DISMISAL AND ORDER OF DISMISSAL**<br><br>**FRCP 41(A)** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a) (1), with each party bearing their own attorneys' fees and costs.

Dated: April 12, 2017

PROVENCHER & FLATT LLP


By: ___/s/ Gail F. Flatt_____
Gail F. Flatt
Attorneys for Mary Ann Lavery

Dated: April 12, 2017

LEONE & ALBERTS APC


By: ___/s/ Jimmie E. Johnson_____
Jimmie E. Johnson
Attorneys for Mendocino Office of Education

1

I, Jimmie E. Johnson, am the ECF User whose ID and password are being used to file this JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL. I hereby attest that attorney Gail F. Flatt has concurred in this filing.

/s/ Jimmie E. Johnson

**IT IS SO ORDERED.**

Dated: April 18, 2017



Hon. William H. Orrick
UNITED STATES DISTRCIT COURT

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

2

Stipulation of Dismissal

*Lavery v. MCOE*
Case No.:16-06889 WHO MED